Jewel MARSHALL–MOSBY,
Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2009–3093.

United States Court of Appeals,
Federal Circuit.

July 29, 2009.

David Ratowitz, The Ratowitz Law Firm, LLC, Chicago, IL, for Petitioner.

Jeffrey D. Klingman, Department of Justice, Washington, DC, for Respondent.

Before MAYER, Circuit Judge.

ON MOTION

*ORDER*

Jewel Marshall–Mosby moves motion for reconsideration of the court's order dismissing her petition for review for failure to file an appendix.

The court sua sponte grants Marshall–Mosby an extension of time to file her reply brief and the appendix.

Accordingly,

The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition is reinstated.